IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| KRISTEN LONGMIRE, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:16-CV-2367-M-BN |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on August 16, 2017. *See* Dkt. No. 17. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendant Wells Fargo Bank, N.A.'s Motion to Dismiss [Dkt. No. 13] is GRANTED. Plaintiff Kristen Longmire's claim for violation of 12 C.F.R. § 1024.38(b) is dismissed with prejudice, and Plaintiff's claims for breach of contract and negligent undertaking and request for injunctive relief are dismissed without prejudice, with leave to amend in twenty one days to replead those claims dismissed without prejudice. If an amended pleading is not filed by that date, all of Plaintiff's claims will be dismissed with prejudice.

**SO ORDERED** this 13th day of September, 2017.

_____
BARBARA M. G. LYNN
CHIEF JUDGE